UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHARLES GAMBINO** | * | **CIVIL ACTION NO. 25-1232** |
| **VERSUS** | * | **JUDGE ELDON E. FALLON** |
| **JOSEPH MOONEY AND UNITED STATES OF AMERICA, DEPT. OF JUSTICE, FBI** | * | **MAGISTRATE JUDGE EVA J. DOSSIER** |
| * * * * * * * * | | |

## ORDER & REASONS

Before the Court is a motion to dismiss for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) filed by Defendant, the United States of America. R. Doc. 16. Plaintiff Charles Gambino filed a response to the motion, stating that "after reviewing Defendant's motion to dismiss, [Plaintiff] acknowledges that the FBI had not yet denied his administrative claim at the time this lawsuit was filed." R. Doc. 17. Accordingly, Plaintiff "consents to the dismissal" of the instant suit. *Id.* Moreover, as noted in the Plaintiff's response, Plaintiff has filed a new lawsuit "based on the fully exhausted administrative claim" that has been transferred to this Court's docket. *See* E.D. La. Civ. Action No. 25-2476. Accordingly;

**IT IS ORDERED** that the motion to dismiss, R. Doc. 16, is **GRANTED**. Plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 18th day of December, 2025.

_____
THE HONORABLE ELDON E. FALLON

1